IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EDWARD KABLAOUI and NANCY KABLAOUI, | § § § § | No. 21, 2023 |
| Plaintiffs Below, Appellants, | § § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2021-0700 |
| GERAR PLACE CONDOMINIUM ASSOCIATION, et al., | § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: August 9, 2023
Decided: August 16, 2023

Before **VALIHURA**, **TRAYNOR**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

On this 16th day of August 2023, the Court having considered this matter on the briefs filed by the parties and having determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its ruling dated December 21, 2022.

NOW, THEREFORE IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice